**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**William DAULTON, Petitioner**

No. 242 WAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October, 2017, the Petition for Allowance of Appeal is DENIED.